# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

COLBY DRANOEL LEONARD

VERSUS

KEITH COOLEY, ET AL.

CIVIL ACTION

15-73-SDD-EWD

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated February 14, 2018. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Petitioner's *Motion for Summary Judgment* (Rec. Doc. 18) is denied and that the application for *habeas corpus* relief is denied as untimely, pursuant to 28 U.S.C. '2244(d). It is further ordered that, in the event that Petitioner seeks to pursue an appeal in this case, a certificate of appealability is denied.

Baton Rouge, Louisiana the 8 day of March, 2018.

*[signature]*

**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 20.
[3] Rec. Doc. 21.