# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

COLBY DRANOEL LEONARD

VERSUS

KEITH COOLEY, ET AL.

CIVIL ACTION

15-73-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes, dated August 29, 2023, to which an Objection[2] was filed. The Court conducted a *de novo* review, and finding no error, adopts the Magistrate Judge's Report and Recommendation.

**ACCORDINGLY,**

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus by a Prisoner in State Custody, filed by Petitioner Colby Leonard, is DENIED and this proceeding is DISMISSED WITH PREJUDICE. Petitioner's claims that he was denied the right to a speedy trial under the Sixth Amendment, and for violation of Due Process regarding allowing the victim to refresh her memory at trial were not presented as based on federal law grounds in the state court and so those claims are not subject to federal habeas review. While Petitioners remaining claims were exhausted, he has failed to show that the state court's decision denying those claims was contrary to, or involved an unreasonable application of, federal law or involved unreasonable fact determinations, such that he cannot meet the applicable standard for habeas relief.

---

[1] Rec. Doc. 39.
[2] Rec. Doc. 40.

**IT IS FURTHER ORDERED** if Petitioner seeks to pursue an appeal in this case, a certificate of appealability is denied.

Signed in Baton Rouge, Louisiana, on this 27 day of September, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA